IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:08-cv-132-D

RANDOLPH SHAW, )
    Plaintiff )
      )
      )
   vs. )
      )     ORDER
MICHAEL ASTRUE, )
Commissioner of Social Security, )
    Defendant )

This matter is before the court on the motion for attorneys' fees filed by plaintiff'

counsel, Elizabeth F. Lunn, on March 7, 2011. Pursuant to 42 U.S.C. § 406(b),

whenever the court renders a judgment favorable to a claimant, it may award attorneys'

fees not to exceed 25% of past due benefits. Such fees may be granted even where the

past due benefits are granted by the Commissioner after remand from the court.

In the instant case, the fee agreement between plaintiff and counsel provides for

a contingency fee of 25% of past due benefits. In these circumstances, the reviewing

court does not calculate a lodestar amount; it simply reviews the fee claimed for

reasonableness. See Mudd v. Barnhart, 418 F.3d 424, 427-28 (4th Cir. 2005) (citing

Gisbrecht, 535 U.S. at 801, 808).

The court has reviewed the amount requested by counsel and finds it to be

reasonable. Accordingly, counsel' motion is ALLOWED. Plaintiff was awarded

$61,083.00 in past due benefits at the administrative level after this court entered

judgment remanding his claim to the Commissioner. Because counsel has already been

awarded $5,300.00 in fees at the administrative level, the Social Security Administration

shall release the sum of $9,970.25 to plaintiff's counsel as attorneys' fees for services

rendered before this court.

This the __15__ day of __April__, 2011.

_____

United States District Court Judge